KAMER ZUCKER ABBOTT
Jen J. Sarafina     #9679
Nicole A. Young     #13423
3000 W. Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel. (702) 259-8640
Fax (702) 259-8646
jsarafina@kzalaw.com
nyoung@kzalaw.com

Attorneys for Defendant
KGDO Holding Company, Inc.,
dba Terra West Management Services

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LORI MARTIN, an individual ) | Case No. 2:16-cv-03014-APG-GWF |
| Plaintiff, ) | |
| vs. ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| KGDO HOLDING COMPANY, INC., a ) Domestic Corporation, doing business as ) TERRA WEST PROPERTY MANAGEMENT; ) DOES I through X, inclusive; ROE ) CORPORATIONS I through X, inclusive, ) Defendants. ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees and costs, except as otherwise provided.

///

///

///

///

///

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own costs and attorneys' fees, except as otherwise provided.

DATED this 1st day of August, 2017.

| HATFIELD & ASSOCIATES, LTD. | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ Trevor Hatfield<br>Trevor J. Hatfield #8505<br>703 South Eighth Street<br>Las Vegas, Nevada 89101<br>Telephone: (702) 388-4469<br><br>Attorney for Plaintiff | By: /s/ Jen J. Sarafina<br>Jen J. Sarafina #9679<br>Nicole A. Young #13423<br>3000 West Charleston Blvd., Suite 3<br>Las Vegas, Nevada 89102<br>Telephone: (702) 259-8640<br>Facsimile: (702) 259-8646<br><br>Attorneys for Defendant<br>KGDO Holding Co. Inc., dba<br>Terra West Management Services |

**ORDER**

**IT IS SO ORDERED.**

Date: 8/1/2017

UNITED STATES DISTRICT COURT JUDGE